**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KESNEL MONESTIME,

*Petitioner*,

v.

WARDEN, DELANEY HALL DETENTION FACILITY, *et al.*,

*Respondents*.

Hon. Zahid N. Quraishi, U.S.D.J.

Civil Action No. 26-5529 (ZNQ)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

It is hereby stipulated and agreed, by and between Petitioner and Respondent, that all claims against Respondent in the above-captioned habeas matter are dismissed without costs or attorney's fees against any party.

Signed jointly and filed by Respondent with the consent of Petitioner.

Dated: West New York, New Jersey
October 12, 2026

SERGEI OREL, LLC

By: /s/ Sergei Orel
SERGEI OREL
*Attorney for Petitioner*

Dated: Camden, New Jersey
October 8, 2026

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for Respondent*

So ordered this 14th day of October 2026. It is further ordered that the Clerk is to mark the case and the docket CLOSED.

s/ Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATE DISTRICT JUDGE